IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARIN MANAHAN, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-1818 |
| § | |
| BANK OF AMERICA, N.A. *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 60 days on presentation of adequate proof that the settlement could not be consummated. The Manahans' summary judgment response will be due within 30 days after reinstatement.

SIGNED on May 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge